1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

SOUTHERN DIVISION

11

G&M OIL COMPANY, INC.,

12

    Plaintiffs,

13

    v.

14

AMERICAN ZURICH

15

INSURANCE COMPANY et al.,

16

    Defendants.

17

) No. SA CV 15-00204-JVS (DFMx)
)
)
) NOTICE OF HEARING AND
) ORDER TO SHOW CAUSE RE:
) CONTEMPT (Advanced Litigation
) Services)
)
)
)
)
)
)

18

19   Upon review of Plaintiff's motion (Dkt. 70) for an order compelling non-

20 party Advanced Litigation Services to comply with a subpoena in this matter,

21 and good cause appearing therefor,

22   IT IS HEREBY ORDERED THAT:

23   1.  Non-party Advanced Litigation Services shall appear on May 24,

24 2016, at 10:00 a.m., in Courtroom 6B of the United States District Court for

25 the Central District of California located at 411 West Fourth Street, Santa

26 Ana, California, 92701, to show cause why it should not be adjudged in civil

27 contempt of court for failing to comply fully with a subpoena served upon it in

28 this matter.

1       2.     If non-party Advanced Litigation Services intends to file any

2  pleadings, declarations, exhibits, or other papers in opposition to Plaintiff's

3  motion or the entry of an order holding it in civil contempt of court, such

4  papers must be filed and delivered to all counsel by 5:00 p.m. on May 17,

5  2016. Any supplemental memorandum in support of Plaintiff's motion shall be

6  filed with the Court and delivered to all counsel by noon on May 20, 2016.

7       3.     Plaintiff's counsel shall serve a copy of this Notice and Order–as

8  well as all pleadings filed by Plaintiff in support of its motion–by personal

9  service to non-party Advanced Litigation Services within three (3) business

10  days of this Order.

11       4.     The hearing on Plaintiff's motion set for May 10, 2016, at 10:00

12  a.m. is hereby taken off calendar.

13

14  Dated:  May 3, 2016

15

16                                   DOUGLAS F. McCORMICK

17                                   United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28