UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| G&M OIL COMPANY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN ZURICH INSURANCE COMPANY et al., <br><br> Defendants. | No. SA CV 15-00204-JVS (DFMx) <br><br> NOTICE OF HEARING AND ORDER TO SHOW CAUSE RE: CONTEMPT (K&C Interpreters) |

  Upon review of Plaintiff's motion (Dkt. 71) for an order compelling non-party K&C Interpreters to comply with a subpoena in this matter, and good cause appearing therefor,

  IT IS HEREBY ORDERED THAT:

  1. Non-party K&C Interpreters shall appear on May 24, 2016, at 10:00 a.m., in Courtroom 6B of the United States District Court for the Central District of California located at 411 West Fourth Street, Santa Ana, California, 92701, to show cause why it should not be adjudged in civil contempt of court for failing to comply fully with a subpoena served upon it in this matter.

  2. If non-party K&C Interpreters intends to file any pleadings,

declarations, exhibits, or other papers in opposition to Plaintiff's motion or the entry of an order holding it in civil contempt of court, such papers must be filed and delivered to all counsel by 5:00 p.m. on May 17, 2016. Any supplemental memorandum in support of Plaintiff's motion shall be filed with the Court and delivered to all counsel by noon on May 20, 2016.

3. Plaintiff's counsel shall serve a copy of this Notice and Order–as well as all pleadings filed by Plaintiff in support of its motion–by personal service to non-party K&C Interpreters within three (3) business days of this Order.

4. The hearing on Plaintiff's motion set for May 10, 2016, at 10:00 a.m. is hereby taken off calendar.

Dated: May 3, 2016

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge

2